|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | CHAN HEE CHU<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 |  |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00256-SAB |
|---|---|
| Plaintiff, |  |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ARIS H. DELLALIAN, |  |
| Defendant. |  |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1: 22-cr-00256-SAB against ARIS H. DELLALIAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 7, 2023                              Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

                                         By:   /s/ *Chan Hee Chu*
                                                   CHAN HEE CHU
                                                   Special Assistant United States Attorney

1
2
**O R D E R**

3
4   IT IS HEREBY ORDERED that Case No. 1: 22-cr-00256-SAB against ARIS H. DELLALIAN
5   be dismissed, without prejudice, in the interest of justice.

6   IT IS SO ORDERED.

7   Dated:   **April 7, 2023**
8                                                    UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28